UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14026 Cannon/Maynard

18 U.S.C. § 2119(1)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

v.

ARTAVIS SPIVEY, and
DANIEL ZAMOT,

               **Defendants.**
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Carjacking**
**(18 U.S.C. § 2119(1))**

On or about February 17, 2022, in Highlands County, in the Southern District of Florida, and elsewhere, the defendants,

**ARTAVIS SPIVEY, and**
**DANIEL ZAMOT**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2018 Lincoln MKC, from the person and presence of another, that is, "J.S.," by force and violence, and by intimidation, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT 2
### Brandishing a Firearm During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about February 17, 2022, in Highlands County, in the Southern District of Florida, and elsewhere, the defendants,

**ARTAVIS SPIVEY, and
DANIEL ZAMOT**

did knowingly use and carry a firearm during and in relation to a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 3
### Possession of a Firearm by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about February 17, 2022, in Highlands County, in the Southern District of Florida, the defendant,

**ARTAVIS SPIVEY,**

knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **ARTAVIS SPIVEY and DANIEL ZAMOT**, have an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, the defendants, **ARTAVIS SPIVEY and DANIEL ZAMOT**, shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5)(C).

3. Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendant, **ARTAVIS SPIVEY**, shall forfeit to the United States any firearm involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(5)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZÁLEZ
UNITED STATES ATTORNEY

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 2:22-cr-14026 Cannon/Maynard

v.

ARTAVIS SPIVEY, and
DANIEL ZAMOT,
_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                  Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-00029-SMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                  Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of 2/17/2022

11. Rule 20 from the              District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
MICHAEL PORTER
Assistant United States Attorney
FLA Bar No.   0031149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cr-14026 Cannon/Maynard

UNITED STATES OF AMERICA
v.

ARTAVIS SPIVEY, and
DANIEL ZAMOT,
      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
MICHAEL D. PORTER
Assistant United States Attorney
FL Bar No.   0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Michael.Porter2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.    2:22-cr-14026 Cannon/Maynard

Defendant's Name:   ARTAVIS SPIVEY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Carjacking | 18 U.S.C. §§ 2119(1) and 2 | 0 – 15 years;<br>$250,000 fine;<br>SR: up to 3 years;<br>$100 Special Assessment |
| 2 | Brandishing a Firearm during and in relation to a Crime of Violence | 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | 7 years to Life; consecutive to any other sentence imposed;<br>$250,000 fine;<br>SR: up to 5 years;<br>$100 Special Assessment |
| 3 | Possession of a Firearm/Ammunition by a Convicted Felon | 18 U.S.C. § 922(g)(1) | 0 – 10 years<br>$250,000 fine<br>SR: up to 3 years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.   2:22-cr-14026 Cannon/Maynard

**Defendant's Name:  DANIEL ZAMOT**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Carjacking | 18 U.S.C. §§ 2119(1) and 2 | 0 – 15 years; $250,000 fine; SR: up to 3 years; $100 Special Assessment |
| 2 | Brandishing a Firearm during and in relation to a Crime of Violence | 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | 7 years to Life; consecutive to any other sentence imposed; $250,000 fine; SR: up to 5 years; $100 Special Assessment |