Case number: 22-14026-CR-Cannon/Maynard

Admission of guilt

I Daniel Zamot I swear to the facts on February 17, 2022 me and Artavis Spivey was charged with armed carjacking and Brandishing a firearm in a crime of violence. It started by me and J.money carjacked the victom for the car and then met up Spivey we tryed to sell him a stolen phone Spivey Grabbed it and looked at it and he said he didn't want it and gave it back and I throw it out the window I never advised him of the Stolen Vehicle and what occured to get the Vehicle me and jmoney told Spivey to drive because we were high off weed we drove to Fort myers to see a friend we made it to his house jmoney got out of the car because he had to take a leak thats when the officers tryed to stop and we

Were forced to leave jmoney
We were eventually caught
I put the blame on spivey
to cover me and jmoney and
I'm starting to feel guilty
because spivey did not know
what happen or what took place.

I wasn't forced coherced or
promised anything to make
this statement

Respectfully Submitted

By Daniel Zamot